In the Matter of the Arbitration between ALADAR A. FARKAS, Respondent, and PAUL WINKLER et al., Defendants, and CHARLES SCRIBNER's SONS, Defendant-Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of ELLEN E. W. MACDONALD et al., as Executors of ISAAC P. KEELER, Deceased, Respondents. WANDA S. KEELER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

PAULINE Z. FRANKFIELD, Respondent, v. ROBERT FRANKFIELD, Appellant.— Order unanimously affirmed with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARKS SCHNEIDER, Doing Business as COLUMBIA SKIRT Co., Respondent, v. HERBERT MEYER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GLAYDAS HERZBERG, Doing Business as SEAL-COTE COMPANY, Appellant, v. REVLON PRODUCTS CORPORATION, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 979.]

MALVINA KREMER, Appellant, v. CHARLES H. KREMER, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 1027.]

WILLIAM A. SCHENCK, Respondent, v. JOSEPH MEYER, JR., et al., Appellants. — Orders unanimously affirmed, each with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, v. WALTER J. SALMON et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See post, p. 1038.]